HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JOHN JONES, III,<br><br>   Plaintiff,<br><br> vs.<br><br>BNSF RAILWAY COMPANY, a<br>Delaware Corporation,<br><br>   Defendant. | No. CV10-5480 BHS<br><br>**ERRATA REGARDING** BNSF RAILWAY COMPANY'S RESPONSE TO PLAINTIFF'S MOTION TO QUASH SUBPOENA, FOR A PROTECTIVE ORDER AND FEES AND COSTS<br><br>NOTED ON MOTION CALENDAR: September 2, 2011 |

 *BNSF Railway Company's Response to Plaintiff's Motion to Quash Subpoena, For a Protective Order and Fees and Costs*, filed yesterday, August 31, 2011 was accidentally filed as an incomplete document because two citations on page 11 were incomplete. The corrected page, which includes the two supplemented citations (footnotes 48 and 49) is attached hereto. BNSF requests that the page be substituted into its original response brief. Defendant BNSF has made no changes to its response brief aside from supplementing footnotes 48 and 49. BNSF apologizes for any confusion.

 DATED this 1st day of September, 2011.

**MONTGOMERY SCARP, PLLC**

 s/ Kelsey Endres
Kelsey E. Endres, WSBA No. 39409
Attorney for BNSF Railway Company

MONTGOMERY SCARP, PLLC
1218 Third Avenue, Suite 2700
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807

**CERTIFICATE OF SERVICE**

I am over the age of 18; and not a party to this action. I am the assistant to an attorney with Montgomery Scarp, PLLC, whose address is 1218 Third Avenue, Suite 2700, Seattle, Washington, 98101.

I hereby certify that a true and complete copy of ERRATA REGARDING BNSF RAILWAY COMPANY'S RESPONSE TO PLAINTIFF'S MOTION TO QUASH SUBPOENA, FOR A PROTECTIVE ORDER AND FEES AND COSTS has been filed with the U.S. District Court via the ECF system which gives automatic notification to the following interested parties:

Patrick M. Risken
Scott A. Flage
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Suite 250
Spokane, WA 99201
Tel: (509) 455-5200

I declare under penalty under the laws of the State of Washington that the foregoing information is true and correct.

DATED this 1st day of September, 2011, at Seattle, Washington.


s/ Chelsea Linsley
Chelsea Linsley

**MONTGOMERY SCARP, PLLC**
1218 Third Avenue, Suite 2700
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807