UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN JONES, III,

           Plaintiff,

  v.

BNSF RAILWAY COMPANY,

           Defendant.

CASE NO. C10-5480BHS

MINUTE ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO TAKE MORE THAN TEN DISCOVERY DEPOSITIONS

NOW, on this 17th day of February, 2012, the Court directs the Clerk to enter the following Minute Order:

This matter comes before the Court on Defendant BNSF Railway Company's motion for leave to take more than ten discovery depositions (Dkt. 42).

Having reviewed the parties' pleadings, the Court concludes that BNSF has shown good cause to take eleven additional discovery depositions. Plaintiff John Jones, III ("Jones") is seeking to recover for injuries that occurred over a thirty-plus-year time period. In addition, five of the witnesses BNSF seeks to depose are Jones's expert

1 | witnesses.  Finally, there will not be an undue burden or prejudice placed on Jones by
2 | allowing BNSF to complete these depositions.
3 |       The foregoing Minute Order was authorized by the Honorable BENJAMIN H.
4 | SETTLE, United States District Judge.

                                              /s/ Trish Graham
                                              Trish Graham
                                              Judicial Assistant